IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE; on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC,<br><br>    Defendants. | Civil Action No.<br>1:25-cv-04470-VMC |

**ORDER AND NOTICE OF HEARING**

This action was commenced by Plaintiffs' filing of a Complaint (Doc. 1), Motion for Preliminary Injunction (Doc. 3), and Motion for Provisional Class Certification (Doc. 2) on August 8, 2025.

Before the Court is Plaintiffs' Local Rule 7.2(B) Motion for Expedited Procedure ("Motion") (Doc. 4). The Court **GRANTS** the Motion (Doc. 4) and **SETS** a hearing on the Motion for Preliminary Injunction and Motion for Provisional

Class Certification for **August 29, 2025 at 10:00 a.m.** in Courtroom 2105, Richard B. Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309.

Plaintiffs are **ORDERED** to serve the Complaint, Motion for Preliminary Injunction and Motion for Provisional Class Certification, and this Order and Notice on Defendants via U.S. mail and using additional reasonably expedient means (including email, UPS/Fedex, and/or fax, to the extent available), and submit a notice indicating the means of service used no later than **August 11, 2025**. If Plaintiffs fail to do so, the hearing will be postponed until Defendants are notified.

Defendants are hereby notified that any response to the Motion for Preliminary Injunction and Motion for Provisional Class Certification must be filed no later than **August 18, 2025**. Plaintiffs shall file any reply in support of their Motion for Preliminary Injunction and Motion for Provisional Class Certification by **August 25, 2025.**

In addition to addressing the arguments raised by Plaintiffs, the Parties are **DIRECTED** to address the following issues in their respective response and reply briefs: (1) Whether the Eighth Amendment analysis differs for persons who were already receiving hormone replacement therapy (as the term is defined in SB 185) prior to the date of SB 185's effectiveness? (2) Whether Georgia law or Bureau of Corrections regulations prohibit persons who were already receiving hormone

replacement therapy (as the term is defined in SB 185) prior to the date of SB 185's effectiveness from obtaining hormone replacement therapy at their own expense or at the expense of third parties?

The Parties may contact the Court to request modification of the time or date of the scheduled hearing by calling Chambers at 404-215-1390 or emailing Ms. Velma Shanks at velma_shanks@gand.uscourts.gov.

**SO ORDERED** this 8th day of August, 2025.

_____
Victoria Marie Calvert
United States District Judge