EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE; <br><br> on behalf of themselves and all persons similarly situated, <br><br>    Plaintiffs, <br><br>        v. <br><br> COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC, <br><br>    Defendants. | Civ. Case No. _____ <br><br> **CLASS ACTION** |

**DECLARATION OF ISIS BENJAMIN**

1

My name is Isis Benjamin[1]. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I am a 43-year-old transgender woman in the custody of the Georgia Department of Corrections ("GDC"). My GDC ID is: 1002489911.

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3. I entered GDC custody in March 2025 and have been housed at three facilities since that time: Georgia Diagnostic and Classification Prison (GDCP), Lee State Prison, and Coastal State Prison, where I am currently incarcerated.

4. I was also incarcerated by GDC once before for approximately sixteen months in 2020 and 2021.

5. I was assigned male at birth, but I am a transgender woman.

6. I have known I was a woman since I was 16 years old because I felt very feminine and found myself wanting to both be around and be like my sisters. I eventually learned I felt this way because I had gender dysphoria.

7. In 1999, when I was 18 years old, I socially transitioned and began living as a woman.

---

[1] My legal name is Yohansan Jovan Benjamin, though I am in the GDC system by my maiden name, Yohansan Jovan Stewart. My Department of Corrections number is 1002489911.

8. I received my first dose of hormone therapy in 2003 and took it consistently for almost two decades except for periods where I have been in GDC custody.

9. Prior to my incarcerations in GDC, I was receiving hormone therapy in the form of estrogen pills, biweekly estradiol shots, and/or spironolactone. I also received some surgical treatment for my gender dysphoria.

10. In February 2024, prior to my current GDC incarceration, a medical provider also determined that I should begin laser hair removal to treat my gender dysphoria. This care is important to me because I hated waking up in the morning and seeing facial hair, body hair, or other similar physical features that wouldn't add up to how I felt about my gender identity. Growing facial hair in particular triggers symptoms of gender dysphoria, making me feel depressed.

11. In conjunction with hair removal treatment, receiving hormone therapy has helped improve my gender dysphoria symptoms. When I am receiving my medically necessary gender dysphoria treatments, my mental health is much better. I am less prone to depression, mood swings, or thoughts of self-harm. However, because of my ongoing gender dysphoria symptoms, gender confirmation surgery will ultimately be necessary for me.

12. During my first incarceration at GDC in 2020-2021, I was re-diagnosed with gender dysphoria by a GDC counselor during my intake, and I was later

evaluated by a GDC healthcare provider who confirmed that hormone therapy was medically necessary care for me.

13. I was approved for hormone therapy in the form of spironolactone and estradiol, however, the process of restarting my hormone therapy took approximately eight to ten months. During the period where I was cut off from hormone therapy by GDC, I experienced bad gender dysphoria symptoms, including depression, mood swings, and appetite loss. I also became suicidal.

14. When I began my second incarceration at GDC in March 2025, my gender dysphoria diagnosis was re-confirmed again. However, to date, I still have not received my medically necessary hormone therapy or laser hair removal treatment. I've also lost access to gender-affirming bras and underwear, and in each instance, SB185 is to blame.

15. I learned about SB185 and its potential impact on my healthcare shortly after it was introduced in the Georgia Legislature. Specifically, I learned that following the passage of this new law, my access to hormone therapy would be limited and my requests for medically necessary gender dysphoria treatment would be denied.

16. Now that SB185 has been signed into law, GDC personnel are using the bill like a weapon. GDC staff have told me that GDC no longer has to give me any gender dysphoria treatment whatsoever.

17. On or about Wednesday, July 16, 2025, Warden Phillip Glenn at Coastal State Prison approached me and asked, "Are you receiving hormone therapy?" I told him that I was not receiving it yet, but I had requested it. He said "Well then, you're not going to get it now. The Governor signed a law saying that GDC no longer has to provide any gender dysphoria treatment." Warden Glenn also said that anyone who was receiving hormone therapy would be weaned off.

18. On or about Tuesday, June 22, 2025, I met with a GDC healthcare provider regarding my pending request for hormone therapy and laser hair removal treatment. The provider told me I would no longer be able to see an endocrinologist because GDC was not writing any more prescriptions for hormone therapy. She told me that Commissioner Tyrone Oliver had initiated the termination of hormone therapy and had sent an email to all healthcare providers stating that, as of a certain date, there would be no new prescriptions or approvals for treatment related to gender dysphoria because of SB185.

19. During my July 22, 2025 meeting with the GDC healthcare provider, I was also told that all healthcare related to gender dysphoria was being stopped, and that access to any healthcare related to transitioning had ceased within GDC.

20. The provider said this information had been communicated to her at a meeting attended by GDC medical staff at the prison. I asked if I could continue

5

receiving gender dysphoria treatment if I paid for it myself, but I was told no—that wasn't an option.

21. On or about Wednesday, July 23, 2025, GDC initiated sick calls for all of the transgender people at Coastal State Prison—about a dozen in all. Each of us was called in for individual meetings with a GDC healthcare provider and told that all gender dysphoria-related healthcare was being terminated.

22. During my July 23 meeting, I met with a different GDC healthcare provider than I had the day before. The provider told me she had received an email directing her to put a hold on all transgender therapies. She said the change was due to the passage of SB185 and that funding had been cut, so GDC could no longer purchase hormone therapy. She said the message came from "high up"—meaning from GDC officials like Commissioner Oliver and the Statewide Medical Director.

23. The GDC provider acknowledged that being denied hormone therapy might cause me harm, including withdrawal symptoms, suicidal thoughts, or the urge to self-harm, but said it was out of her power to change because the decision had been made "above her pay grade."

24. As a result of SB185, I am now being forced to go without the hormone therapy I've depended on for almost two decades, even though GDC's own healthcare providers agree it is medically necessary care for me. I have also lost access to my medically necessary hair removal treatment and the female

6

undergarments which are necessary for my social transition and to prevent the return of gender dysphoria symptoms.

25. Losing access to the gender dysphoria healthcare that I need has been devastating for my mental and physical health.

26. My body has been craving the hormone therapy I'm being denied. In addition, many of my gender dysphoria symptoms have come back. I have been pushed into depression, I have no appetite, and my mood swings have returned with a vengeance. I can't stop crying. Even worse, I've started having those thoughts—suicidal thoughts.

27. The longer I am denied healthcare, the worse my symptoms will become. If my gender dysphoria treatment is permanently discontinued, not only will my depression worsen, but I will be at an even greater risk of suicide and self-harm.

28. It is my understanding that GDC considers matters established by state law, such as SB185, to be non-grievable. Therefore, I do not have access to any administrative remedies.

29. I am willing to serve as a class representative in this lawsuit, on behalf of myself and people whose facts and circumstances are similar to mine. I understand that the goal of the lawsuit will be to stop Defendants from continuing to enforce the provisions of SB185, not to recover monetary compensation. I do not have interests

that conflict with other class members, and I agree to fairly and adequately represent them.

30. I have retained the Center for Constitutional Rights and Bondurant Mixson & Elmore LLP as my attorneys and class counsel and have confidence in their ability to prosecute this case effectively.

31. I understand that as a class representative, I have a responsibility to participate actively in the litigation, to stay in regular contact with my attorneys, and to ensure that my attorneys prosecute this case vigorously and in the interest of all class members. I agree to fulfill these responsibilities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection. Executed on August 4, 2025.

/s/ Isis Benjamin
Isis Benjmain

I, A. Chinyere Ezie, certify that I have read the foregoing to Isis Benjamin, and that she affirmed that the foregoing is true and correct on August 4, 2025. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2025                    /s/ A. Chinyere Ezie