
# EXHIBIT 15

| | |
|---|---|
| **From:** | Mardis, Marlah |
| **To:** | Wynne, Gerald |
| **Cc:** | Lee, KellyAnne; Tice, Dawn |
| **Subject:** | RE: Centurion Georgia Transgender Committee Meeting Plan of care for 25FEB2025 |
| **Date:** | Thursday, February 27, 2025 9:50:00 AM |
| **Attachments:** | image001.png |

Good morning,

I have reviewed the cases. The plan of care is appropriate according to WPATH standards and meets GDC-applicable SOPs.

Thank you for the great work.

**Marlah H. Mardis, M.D., DABFM**
Statewide Medical Director
Office of Health Services
Georgia Department of Corrections
State Offices South@Tift College

Upshaw Bldg, 4th Floor
300 Patrol Rd.
Forsyth, Ga. 31029
(478) 993-6344
Marlah.mardis@gdc.ga.gov

*Mission: To protect Georgians by operating secure facilities and providing opportunities for offender rehabilitation.*

---

**From:** Wynne, Gerald <gwynne@TeamCenturion.com>
**Sent:** Thursday, February 27, 2025 8:13 AM
**To:** Mardis, Marlah <marlah.mardis@gdc.ga.gov>
**Cc:** Lee, KellyAnne <klee5@TeamCenturion.com>; Tice, Dawn <dtice@TeamCenturion.com>
**Subject:** Centurion Georgia Transgender Committee Meeting Plan of care for 25FEB2025

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dr. Mardis,

   Please see attached discussion for 25FEB2025 Centurion Georgia Transgender Committee Meeting plan of care.

[REDACTED] JII is requesting female clothing accommodations- request sent to Phillips SP Multi-Disciplinary Team to discuss.

▌. JII is requesting female clothing accommodations- request sent to Appling ITF Multi-Disciplinary Team to discuss.

▌ JII is requesting female clothing accommodations- request sent to Burruss CTC Multi-Disciplinary Team to discuss.

**Gerald E. Wynne, DO**
**Statewide Medical Director Georgia**



Healthcare beyond patient care,
healthcare for humanity.

1745 Phoenix Blvd, Suite #240
Atlanta, GA 30349
Office: 678-470-3998 ext 3917
Mobile: 706-288-6393
Fax: 404-738-1951

gwynne@teamcenturion.com| Correctional Healthcare | Centurion Health (Teamcenturion.com)

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.