EXHIBIT 16

**Tyrone**

> email. Do you want to see it before I send it out to the reporter?

Yes

👍

I sent it to your email.

I'm good with it

10-4

Mon, Mar 31 at 3:10 PM

Hey! The house public and community health committee is meeting tomorrow at 2 PM. Do you know if the transgender bill will be on the agenda? The online agenda says to be determined.

I was just checking on that!

Tue, Apr 1 at 3:10 PM

We definitely have no plan to inject folks to forcibly detransition them. Holy cow!

I know!