EXHIBIT 17

| From: | Hogan, Cliff |
|---|---|
| To: | Judd, Vicki |
| Subject: | FW: Rep. Request [*** External Email ***] |
| Date: | Monday, May 12, 2025 11:50:13 AM |

Hey, this is the only thing I found for the time period – there is no document, but stats were provided via email for a response to GA House.

Thanks,
Cliff

Cliff Hogan
Director, Data Management and Research
Georgia Department of Corrections
cliff.hogan@gdc.ga.gov
Cell:  478.365.8437

***GDC – Regaining Momentum***

***The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.***

**From:** Hogan, Cliff
**Sent:** Thursday, April 3, 2025 2:55 PM
**To:** Sherrod, Michelle <michelle.sherrod@gdc.ga.gov>; Ammons, Jennifer <jennifer.ammons@gdc.ga.gov>
**Cc:** Sauls, Randy <randy.sauls@gdc.ga.gov>; Barker, Sallie <sallie.barker@gdc.ga.gov>; Holt, Ahmed <Ahmed.Holt@gdc.ga.gov>; Williams, Angela <Angela.Williams2@gdc.ga.gov>; Watson, Alan <Alan.Watson@gdc.ga.gov>; Defore, Jackson <Jackson.Defore@gdc.ga.gov>; Stone, Rodney <Rodney.Stone@gdc.ga.gov>
**Subject:** RE: Rep. Request [*** External Email ***]

See below.  Please note that these counts are not exclusive (one offender could be in more than one of these counts).

*"We can count the number of offenders who have a transgender profile. Yes please.*

**TRANSGENDER INMATES**

273

*We can count the number of offenders who have a mental health diagnosis of gender dysphoria. Yes please.*

**GENDER DYSPHORIA - MH DIAG**

201

*We also can count the number of offenders with a bra profile in a male prison. Yes please.*

**BRA PROFILE - MALE**

50

Cliff Hogan
Director, Data Management and Research
Georgia Department of Corrections
cliff.hogan@gdc.ga.gov
Cell:  478.365.8437

***GDC – Regaining Momentum***

***The Georgia Department of Corrections protects the public by operating safe and secure facilities through the development of professional staff and effective offender management.***

**From:** Sherrod, Michelle <michelle.sherrod@gdc.ga.gov>
**Sent:** Wednesday, April 2, 2025 4:04 PM
**To:** Hogan, Cliff <Cliff.Hogan@gdc.ga.gov>; Ammons, Jennifer <jennifer.ammons@gdc.ga.gov>
**Cc:** Sauls, Randy <randy.sauls@gdc.ga.gov>; Barker, Sallie <sallie.barker@gdc.ga.gov>; Holt, Ahmed <Ahmed.Holt@gdc.ga.gov>; Williams, Angela <Angela.Williams2@gdc.ga.gov>; Watson, Alan <Alan.Watson@gdc.ga.gov>; Defore, Jackson <Jackson.Defore@gdc.ga.gov>; Stone, Rodney <Rodney.Stone@gdc.ga.gov>
**Subject:** FW: Rep. Request [*** External Email ***]
**Importance:** High

@Ammons, Jennifer – see below additional comments.  Can you confirm the quantity of requested surgeries?

@Hogan, Cliff – can you assist with the numbers requested?

**Michelle Sherrod**
Director of Budget Services
Georgia Department of Corrections
Cell: 478/297-1211

***Integrity – Accountability – Dedication***

***Mission Statement: To protect Georgians by operating secure facilities and providing opportunities for offender rehabilitation.***

**From:** George, Cortney <Cortney.George@house.ga.gov>
**Sent:** Wednesday, April 2, 2025 3:39 PM
**To:** Sherrod, Michelle <michelle.sherrod@gdc.ga.gov>
**Subject:** FW: Rep. Request [*** External Email ***]

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey,

Had a few follow ups.

*"We can count the number of offenders who have a transgender profile.* ==*Yes please.*== *We can count the number of offenders who have a mental health diagnosis of gender dysphoria.* ==*Yes please.*==

*We also can count the number of offenders with a bra profile in a male prison.* ==*Yes please.*==

Also, it has been stated that 5 people have requested sex reassignment surgery. Is that accurate?"

Sincerely,

*Cortney George*
Senior Budget and Policy Analyst
412 CLOB
404-656-5050(o)
404-656-7133(d)

---

**From:** Sherrod, Michelle <michelle.sherrod@gdc.ga.gov>
**Sent:** Wednesday, March 19, 2025 4:44 PM
**To:** George, Cortney <Cortney.George@house.ga.gov>
**Cc:** Watson, Alan <Alan.Watson@gdc.ga.gov>
**Subject:** RE: Rep. Request [*** External Email ***]

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Cortney,

See below for what I received from legal on these questions. A few of them seek guidance in regards to how much more detailed information is requested.

Thank you and sorry for the delay!

**Michelle Sherrod**
Director of Budget Services
Georgia Department of Corrections
Cell: 478/297-1211

*Integrity – Accountability – Dedication*

*Mission Statement: To protect Georgians by operating secure facilities and providing opportunities for offender rehabilitation.*

---

**From:** George, Cortney <Cortney.George@house.ga.gov>
**Sent:** Tuesday, March 18, 2025 2:10 PM
**To:** Sherrod, Michelle <michelle.sherrod@gdc.ga.gov>
**Cc:** Watson, Alan <Alan.Watson@gdc.ga.gov>
**Subject:** RE: Rep. Request

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey,

Following up.

Cort

---

**From:** George, Cortney
**Sent:** Monday, March 10, 2025 3:19 PM
**To:** michelle.sherrod@gdc.ga.gov
**Cc:** Alan Watson <alan.watson@gdc.ga.gov>
**Subject:** Rep. Request

Hey,

Not sure who to send this to since Rob is gone…

I've got a rep. asking questions in reference to a senate bill.

1. are there current policies on gender dysphoria? If so, can they share them? *SOP 220.09, 507.04.68, and 508.40 are the main three policies that deal with transgender offenders and treatment for gender dysphoria. Arguably all of the medical and mental health SOPs in 507 and 508 apply, technically, plus the PREA policy. Attached are the specific SOPs identified and our Health Services policies can be found on our website at https://gdc.georgia.gov/organization/about-gdc/agency-activity/policies-and-procedures/health-services-division-policies.*

2. how many requests for gender affirming care has the DoC received in the last year? Other than that, is it common? *This is complicated. There will not be a spot in Scribe or ERMA that will give us an indication that an offender sought gender affirming care. We can count the number of offenders who have a transgender profile. We can count the number of offenders who have a mental health diagnosis*

*of gender dysphoria. We can count the number of offenders who have prescriptions for different types of hormones. Not all of these will be connected to gender dysphoria, however. We also can count the number of offenders with a bra profile in a male prison. Let us know which of these options you'd like for us to gather more details on.*

3. how much has the agency spent on gender affirming care for those who have gender dysphoria in the last year? last 5 years? *This is very complicated. Beyond the costs for prescriptions related to gender dysphoria, I am not sure how we can quantify the portion spent on an offender's physical health that is just for gender affirming care or the portion spent on an offender's mental health that is just for gender affirming care. Using the language from the proposed legislation, we can provide the following: (A) Sex reassignment surgeries or any other surgical procedures that are performed for the purpose of altering primary or secondary sexual characteristics:  None  (B) Hormone replacement therapies: We can quantify this both as to the number of offenders and the cost for the prescriptions, if desired.  (C) Cosmetic procedures or prosthetics intended to alter the appearance of primary or secondary sexual characteristics: There have only been two instances of this that I can recall. Both were related to litigation. Christina Lynch (GDC#1000768589) had some laser hair removal in 2022, and Jane Doe (I will forego the GDC# to preserve the anonymity ordered by the Court) has butt pads and breast pads that we were ordered to purchase in 2024. The cost of all of this was pretty de minimis.*

4. has the agency ever paid for surgery for someone with gender dysphoria? *No*

5. has the agency had any litigation re gender dysphoria? If so, is it pending or was it resolved? If resolved, how? *There are 30+ matters in our case management system that include the words transgender or gender dysphoria. Some are ante litem notices and others were actual lawsuits. A few were settled. Many were dismissed. A few are pending. Please let me know how much detail you want on these.*

Sincerely,

*Cortney George*
Senior Budget and Policy Analyst
412 CLOB
404-656-5050(o)
404-656-7133(d)