# EXHIBIT 18

| | |
|---|---|
| **From:** | Mardis, Marlah |
| **To:** | Sauls, Randy |
| **Cc:** | Barker, Sallie; Kemp, Tonya |
| **Subject:** | FW: SB-185 |
| **Date:** | Thursday, May 29, 2025 3:01:00 PM |
| **Attachments:** | Senate Bill 185 (2025) letter.pdf |

FYI.

I have been in discussions with Jennifer, Dr. May, Stacey, and Dr. Wynne regarding this for the last couple of weeks. She composed this letter as they desired further guidance from OHS and GDC Legal.

According to Dr. May and Dr. Wynne, they will be using the template and process previously used in their Idaho contract to ensure compliance with the new law in GA. As soon as they forward the process, I will provide an update.

**Marlah H. Mardis, M.D., DABFM**
Statewide Medical Director
Office of Health Services
Georgia Department of Corrections
State Offices South@Tift College

Upshaw Bldg, 4th Floor
300 Patrol Rd.
Forsyth, GA 31029
(478) 993-6344
Marlah.mardis@gdc.ga.gov

*Mission: To protect Georgians by operating secure facilities and providing opportunities for offender rehabilitation.*

---

**From:** Ammons, Jennifer <jennifer.ammons@gdc.ga.gov>
**Sent:** Thursday, May 29, 2025 2:53 PM
**To:** Johnson, Deana <djohnson@teamcenturion.com>
**Cc:** Mardis, Marlah <marlah.mardis@gdc.ga.gov>
**Subject:** SB-185

Please see attached.

Jennifer Ammons
General Counsel
Georgia Department of Corrections

Cell: 404-313-5529