EXHIBIT 19



## Georgia Department of Corrections
18 Capitol Square, Suite 115, Atlanta, GA 30334
Phone: (478) 992-5261

Brian P. Kemp  
Governor

Tyrone Oliver  
Commissioner

May 29, 2025

Deana Johnson, Esq.  
Executive Vice President and General Counsel  
Centurion, LLC  
1355 Peachtree Street, NE  
Peachtree Tower, Suite 1900  
Atlanta, GA 30309

    RE:    Senate Bill 185 (2025)

Dear Ms. Johnson:

This letter is to follow up on our telephone conversation this afternoon regarding the enactment of Senate Bill 185 during the 2025 Session of the Georgia General Assembly.

As you know, Governor Kemp signed Senate Bill 185, and it was effective upon his signature. To the extent that any portion of the verbiage in a then-existing Standard Operating Procedures (SOP) conflicted with the newly enacted language in O.C.G.A. §42-5-2, that SOP verbiage was repealed by operation of law, and the contract between the Georgia Department of Corrections (GDC) and Centurion, LLC should be interpreted to be consistent with the statutory language. The GDC will be promulgating new SOPs after the Board of Corrections enacts the regulatory language contemplated in Senate Bill 185. We will update Centurion, LLC as soon as it is available.

Please feel free to contact me at (404) 313-5529 if you need any further assistance.

                                              Very truly yours,

                                              Jennifer Ammons  
                                              General Counsel