EXHIBIT 20

| From: | Wynne, Gerald |
|---|---|
| To: | Mardis, Marlah; Barker, Sallie; Sauls, Randy |
| Cc: | Tice, Dawn; Pennington, KellyAnne; Scott, Stacey; May, John; rhunter; lrhone; Hogan, Elizabeth |
| Subject: | SB 185 implementation |
| Date: | Monday, June 9, 2025 12:25:48 PM |
| Attachments: | image001.png |
| | Lecture - Compliance with GA SB185 (2025) Version 3.pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Team OHS,

  I have included our plans to implement the compliance with SB 185 (2025).  If you would like a formal discussion/review of this plan of action, please let us know.


Overall Plan
1. JII will meet with Mental Health to inform of the upcoming transition off HRT. Only a few senior level MH providers will perform this function to reduce risk of mixed messages. This will take approx 4 weeks to complete all JII's currently on therapy.
2. JII will meet with Dr. Wynne using Telehealth to start the process. This will begin the first full week in July, after transition to Techcare. We need to limit the detransition process to a provider with experience with HRT.
3. JII will follow up with MH 2-3 weeks after meeting with Dr. Wynne.
4. JII will follow up every 4 weeks until one cycle past transition off HRT.
5. JII will follow up with MH as needed based on second visit with MH.

Every JII in custody should be transition off HRT no later than (NLT) 03OCT2025, many will be completed prior to this date. The recommended process for removing a patient from HRT is a slow taper to minimize side effects over a 2–3-month process.


**Gerald E. Wynne, DO**
**Statewide Medical Director Georgia**



Healthcare beyond patient care,
healthcare for humanity.

1745 Phoenix Blvd, Suite #240
Atlanta, GA 30349
Office: 678-470-3998 ext 3917
Mobile: 706-288-6393
Fax: 404-738-1951

gwynne@teamcenturion.com| Correctional Healthcare | Centurion Health (Teamcenturion.com)

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.



# Georgia Department of Corrections
# SB185 (2025)

## FOR INTERNAL USE ONLY

# References



- S.B. 185 (2025). Effective Date 05/08/2025
- GDC SOP 507.04.68 Management and Treatment of Transgender Offenders Effective Date 02/01/2022
- Centurion Policy Number P-F-06b Transgender, Gender Nonconforming Individuals and Patients with Gender Dysphoria. Version December 2023
- NCCHC Position Statement – Transgender and Gender Diverse Health Care in Correctional Settings. Adopted November 2020.



# Disclaimer

Treatment guidelines do not apply to all patients. Use your clinical judgment.

When these guidelines do not apply, document the clinical rationale for your treatment decision.

# Identification (as of 01JUN2025)



- 126 JII's currently on transgender HRT
  - Appling ITF: 1
  - ASMP: 9
  - Baldwin SP: 3
  - Calhoun SP: 3
  - Central SP: 8
  - Coastal SP: 9
  - Dodge SP: 1
  - Dooly SP: 1
  - GDCP: 2
  - Hancock SP: 1
  - Hays SP: 13
  - Johnson SP: 11
  - Lee Arrendale SP: 13
  - Metro TC: 2
  - Phillips SP: 7
  - Pulaski SP : 15
  - Rogers SP: 3
  - Rutledge SP: 6
  - Smith SP: 1
  - Telfair SP: 1
  - Valdosta SP: 6
  - Ware SP: 4
  - Whitworth Women's Facility: 1
  - Wilcox SP: 5

# Tracking of SB 185 Implementation



- Create a spreadsheet with the following
  - Name, GDC#, Facility, HRT type, MH initial notification/evaluation, PH initial visit, Follow up MH#1, PH follow up #1, MH follow up #2, PH Follow up #2, MH follow up #3, PH follow up #3, MH follow up #4.

# Statewide Provider Notification



- PH Provider notification NLT 13JUN2025
- MH Provider notification NLT 13JUN2025

# MH Process



- Senior providers will inform JII of SB 185 requirements
- Recommended verbiage to be used.
  - "We are informing all patients in GDC custody on Hormone Replacement Therapy for Transgender care of the passing of the General Assembly of Georgia Senate Bill 185 which prohibits the use of state funds or resources for sex reassignment surgeries or any other surgical procedures that are performed for the purpose of altering primary or secondary sexual characteristics; hormone replacement therapy; and cosmetic procedures or prosthesis intended to alter the appearance of primary or secondary sexual characteristics. Over the next 90 days, you will begin the process of discontinuing Hormone Replacement Therapy for transgender care. You will be offered increased access to counseling during this process."



# PH Process

- Centralized provider: Statewide Medical Director using Telehealth platform
- Therapy discontinuation will be tailored for the JII's medical situation.
- Verbiage to be used….
    - "We are informing all patients in GDC custody currently on Hormone Replacement Therapy for Transgender care of the passing of the General Assembly of Georgia Senate Bill 185 which prohibits the use of state funds or resources for sex reassignment surgeries or any other surgical procedures that are performed for the purpose of altering primary or secondary sexual characteristics; hormone replacement therapy; and cosmetic procedures or prosthesis intended to alter the appearance of primary or secondary sexual characteristics. Over the next 90 days, you will begin the process of discontinuing Hormone Replacement Therapy for transgender care. You will be offered increased access to counseling during this process.

# Exempt individuals



- Treatment for medical conditions where such treatment is considered medically necessary, provided that such condition is not gender dysphoria or the purpose of such is not for sex reassignment;
- Treatment for individuals born with a medically verifiable disorder of sex development, including individuals born with ambiguous genitalia or chromosomal abnormalities resulting in ambiguity regarding the individuals' biological sex;
- Treatment for individuals with partial androgen insensitivity syndrome
- Hormone replacement therapy treatment for state inmates who were being treated with such therapy prior to the effective date of this act, provided that the provision of such therapy is solely for purpose of transitioning off such therapy.



# PH Therapy Discontinuation

- Injectables (106), Oral (18), Transdermal (2)
- Informed consent will be obtained for one of two plans to discontinue HRT.
  - Plan 1
    - Stop HRT immediately
  - Plan 2
    - Slow taper of HRT over 4-8 weeks (based on dosage of HRT)
    - Example taper method to discontinue therapy
      - Decrease injection HRT by 25% every 2 weeks
      - Decrease oral HRT by 50% in month one, then d/c 2nd month
      - Decrease Transdermal by 50% in month one, then d/c 2nd month.

# HRT Withdrawal Symptoms



- Common Side Effects of discontinuation of HRT
    - Testosterone HRT: fatigue, muscle and joint pain, headaches, muscle loss, fat gain, mood swings (irritability, depression), oily skin, acne, nausea, bloating.
    - Estrogen HRT: hot flashes, night sweats, mood changes, fatigue, anxiety, headaches, muscle and joint pain
- Reversible changes
    - Skin changes
- Non-reversible changes
    - Testosterone HRT: voice changes, facial hair growth, male pattern baldness
    - Estrogen HRT: growth of breast tissue

# MH Notification & Evaluation



- Notify of discontinuation of HRT and assess response
  - Week 1 16JUN - 20JUN (34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 23JUN - 27JUN (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 30JUN - 11JUL (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 14JUL - 18JUL (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# PH Notification & Evaluation



- PH notification of discontinuation of HRT and develop individualized plan
  - Week 1 07JUL - 11JUL(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 14JUL - 18JUL (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 21JUL - 25JUL (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 28JUL - 01AUG (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# MH follow up #1



- 1 to 2 weeks after PH stopping or decreasing HRT
  - Week 1 14JUL - 18JUL(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 21JUL - 25JUL (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 08JUL - 01AUG (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 04AUG - 08AUG (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP



# PH follow up #1

- 4 to 5 weeks after stopping or decreasing HRT
  - Week 1 04AUG - 08AUG(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 11AUG - 15AUG (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 18AUG - 22AUG (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 25JUL - 29AUG (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# MH follow up #2 (PRN)



- 5 to 6 weeks after stopping or decreasing HRT
  - Week 1 11AUG - 15AUG(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 18AUG - 22AUG (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 25AUG - 29AUG (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 01SEP - 03SEP (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# PH follow up #2



- 8 to 9 weeks after stopping or decreasing HRT. All JII's should be transitioned off HRT by this visit.
  - Week 1 08SEP - 12SEP(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 15SEP - 19SEP (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 02SEP - 26SEP (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 29SEP - 03OCT (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# MH follow up #3 (PRN)



- 10 to 11 weeks after stopping or decreasing HRT. All JII's should be transitioned off HRT by this visit.
    - Week 1 15SEP - 19SEP(34)
        - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
    - Week 2 22SEP - 26SEP (31)
        - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
    - Week 3 29SEP - 03OCT (36)
        - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
    - Week 4 06OCT - 10OCT (25)
        - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# PH follow up #3



- 1 month after stopping HRT therapy
  - Week 1 13OCT - 17OCT(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 20OCT - 24OCT (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 27OCT - 31OCT (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 03NOV - 07NOV (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# MH follow up #4 (PRN)



- 14 to 15 weeks after stopping.
  - Week 1 20OCT - 24OCT(34)
    - Facility Central SP, Hays SP, Phillips SP, Rutledge SP
  - Week 2 27OCT - 31OCT (31)
    - Facility Lee Arrendale, Metro TC, Pulaski SP, Whitworth Women's Facility
  - Week 3 03NOV - 07NOV (36)
    - Facility Appling ITF, Baldwin SP, Coastal SP, GDCP, Hancock SP, Johnson SP, Rogers SP, Smith SP, Wilcox SP
  - Week 4 17NOV - 21NOV (25)
    - Facility ASMP, Calhoun SP, Dodge SP, Dooly SP, Telfair SP, Valdosta SP, Ware SP

# MH & PH Follow up: 3+ months

- As medically indicated