# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-04470-VMC**
**Benjamin et al v. Oliver et al**
**Honorable Victoria M. Calvert**

Minute Sheet for proceedings held In Chambers on 10/30/2025.

TIME COURT COMMENCED: 2:37 P.M.
TIME COURT CONCLUDED: 2:58 P.M.
TIME IN COURT: 0:21
OFFICE LOCATION: Atlanta
COURT REPORTER: Diane Peede
DEPUTY CLERK: Nathan Juster

ATTORNEY(S) PRESENT:
Michael Bentley representing Centurion of Georgia, LLC
Zachary Grouev representing Commissioner Randy Sauls
Zachary Grouev representing Director Dr. Marlah Mardis
Zachary Grouev representing Tyrone Oliver
Jeffrey Harris representing Commissioner Randy Sauls
Jeffrey Harris representing Director Dr. Marlah Mardis
Jeffrey Harris representing Tyrone Oliver
Julius Kairey representing Commissioner Randy Sauls
Julius Kairey representing Director Dr. Marlah Mardis
Julius Kairey representing Tyrone Oliver
Amanda Seals representing Brynn Wilson
Amanda Seals representing Fantasia Horton
Amanda Seals representing Isis Benjamin
Amanda Seals representing John Doe
Amanda Seals representing Naeomi Madison
Matthew Sellers representing Brynn Wilson
Matthew Sellers representing Fantasia Horton
Matthew Sellers representing Isis Benjamin
Matthew Sellers representing John Doe
Matthew Sellers representing Naeomi Madison
Rachael Wyrick representing Commissioner Randy Sauls
Rachael Wyrick representing Director Dr. Marlah Mardis
Rachael Wyrick representing Tyrone Oliver
Celine Zhu representing Brynn Wilson
Celine Zhu representing Fantasia Horton
Celine Zhu representing Isis Benjamin
Celine Zhu representing John Doe
Celine Zhu representing Naeomi Madison

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Scheduling conference. Parties to confer and update the Court by 11/3/2025.