IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE;<br><br>on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC,<br><br>    Defendants. | Civ. Case No. 1:25-cv-04470-VMC<br><br>**CLASS ACTION** |

## STATUS REPORT

Following a telephone conference with the Court on October 30, 2025, the parties conferred on October 31, 2025 and have agreed as follows. Defendants have authorized Plaintiffs to submit this Status Report for all parties.

1. By November 10, Plaintiffs will file a motion for partial summary judgment and permanent injunction, a motion for class certification, and a Rule 56.1 statement of material facts. Defendants may file a cross-motion for partial summary judgment and Rule 56.1 statement of material facts by the same date.

2. Responses to the motions and Rule 56.1 statement(s) of material facts filed on November 10 will be due November 17. Replies in support of any motion filed November 10 will be due November 24.

3. The parties agree that the record is complete for purposes of the motions to be filed on November 10. No party will submit additional evidence, and no party will contend that the lack of discovery is a reason to deny summary judgment under Federal Rule of Civil Procedure 56(d). The parties stipulate to the admissibility of all evidence submitted to date.

4. The parties agree that the State Defendants' Rule 12 responsive pleading will be due 14 days after the Eleventh Circuit rules on Defendants' motion to stay any injunction.

[*Signatures on following page*]

Respectfully submitted this 3rd day of November, 2025.

Emily C. R. Early,
GA Bar No. 810206
eearly@ccrjustice.org
A. Chinyere Ezie*
cezie@ccrjustice.org
Celine Zhu*
czhu@ccrjustice.org
Kayla Vinson
kvinson@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Phone: (212) 614-6464

D. Korbin Felder*
kfelder@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
P.O. BOX 12046
Jackson, MS 39236
Phone: (601) 228-6101

*Admitted Pro Hac Vice

/s/ Amanda Kay Seals
Amanda Kay Seals
GA Bar No. 502720
seals@bmelaw.com
Matthew R. Sellers
GA Bar No. 691202
sellers@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 W Peachtree St NW
Suite 3900
Atlanta, GA 30309
Phone: (404) 881-4100
Fax: (404) 881-4111

*Counsel for Plaintiffs*

## Certificate of Service

I certify that on November 3, 2025, I submitted the foregoing via the Court's CM/ECF system, which will serve an electronic copy on all attorneys of record.

/s/ *Amanda Kay Seals*
Amanda Kay Seals