EXHIBIT

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ISIS BENJAMIN; FANTASIA
HORTON; NAEOMI MADISON;
BRYNN WILSON; and JOHN DOE;

on behalf of themselves and all
persons similarly situated,

    Plaintiffs,

      v.

COMMISSIONER TYRONE
OLIVER, in his official capacity;
ASSISTANT COMMISSIONER
RANDY SAULS, in his official
capacity; STATEWIDE MEDICAL
DIRECTOR DR. MARLAH
MARDIS, in her official capacity; and
CENTURION OF GEORGIA, LLC,

    Defendants.

Civ. Case No. 1:25-cv-04470-VMC

**CLASS ACTION**

**SECOND DECLARATION OF ISIS BENJAMIN**

My name is Isis Benjamin.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1.     I am a transgender woman in the custody of the Georgia Department of Corrections ("GDC").

2.     I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3.     I am a plaintiff and class representative of the "Requesting Class"—those who are seeking an evaluation for hormone therapy—that this Court certified in this case in early September 2025.

4.     I entered GDC custody in March 2025 and am currently housed at Coastal State Prison. I was also incarcerated in GDC once before.

5.     As affirmed in my previous declaration of August 4, 2025, I have been receiving hormone therapy since 2003. This treatment is necessary to treat my gender dysphoria symptoms and to protect my mental health.

6.     During my previous GDC incarceration, I was re-diagnosed with gender dysphoria and was prescribed hormone therapy as medically necessary treatment for my gender dysphoria.

---

[1] My legal name is Yohansan Jovan Benjamin, though I am in the GDC system by my maiden name, Yohansan Jovan Stewart. My Department of Corrections number is 1002489911.

7.      When I began my second incarceration at GDC in March 2025, I again received a gender dysphoria diagnosis, but I have yet to be evaluated for hormone therapy.

8.      After SB185 was passed, I was informed that I would no longer be able to access hormone therapy at all. But when the Court issued a preliminary injunction barring enforcement of SB185 on September 4, 2025, I hoped that I would be able to continue with the process to get approval to resume my medically necessary hormone treatment.

9.      However, GDC never informed me about the preliminary injunction or that I would be able to seek an evaluation for hormone therapy again. I only know about the injunction because of my participation in this case. And while some nurses and counselors at GDC are aware of the preliminary injunction, they haven't provided any information to patients.

10.     GDC has also taken no action on my request for a hormone therapy evaluation, even though I have put in requests for an evaluation on a weekly basis since the injunction was issued.

11.     On October 16, 2025, I asked GDC staff for a status update regarding my three prior requests for a hormone therapy evaluation. There, I was told that Dr. Wynne, the Statewide Medical Director for GDC's healthcare provider, Centurion,

3

was handling hormone therapy requests. But I have not received any communication from Dr. Wynne or any other GDC healthcare provider about my evaluation request.

12.    Although I have continued to put in weekly requests for a hormone therapy evaluation, to date I have received no response.

13.    Without access to my medically necessary hormone therapy, and with no clear solution for how to resolve this, I am experiencing depression and mood swings. My gender dysphoria is also getting worse, which is negatively impacting my mental health.

14.    I am aware of other transgender women at my facility in the same predicament. One woman has been waiting for an answer to her request for an evaluation since September. Another has also been waiting months for a response.

15.    It feels to me like Defendants are not honoring the Court's decision, they are just doing what they want, and dragging their feet in hopes they will receive a more favorable decision before they have to act.

16.    My patience is wearing thin because it feels like I am back at ground zero, and that all my fighting has been in vain.

17.    I think GDC should post notices about the injunction to educate incarcerated people as well as staff that hormone therapy is available again within GDC, to combat all the misinformation that currently exists in GDC facilities.

18.     I also think that GDC should be required to share information about the injunction with class members in ways that do not require reading. Literacy is an issue within GDC, and it's important that everyone impacted have access to this information regardless of their reading ability.

19.     Since GDC set up appointments to inform all of us about SB185 and hormone therapy access being terminated, we should also be given appointments to hear the update about the injunction and get instructions for the current process of getting approved for hormone treatment.

20.     I also believe it is important to establish a timeline for compliance with the injunction, so that GDC actually begins completing hormone therapy evaluations.

21.     Without a timeline, there is no way to hold GDC accountable to the terms of the injunction, especially for members of the HRT evaluation class I represent.

22.     I believe 90 days would be a reasonable timeperiod in which to mandate that GDC complete hormone treatment evaluation requests, especially because the population of gender dysphoria patients within GDC is so small relative to the overall prison population.

23.     Until GDC is forced to comply with the preliminary injunction and provide evaluations in a timely fashion, I will continue to experience the harm of

being denied the hormone therapy I've depended on for almost two decades, and

that GDC's own healthcare providers agree is medically necessary care for me.


I declare under penalty of perjury that the foregoing is true and correct to the

best of my knowledge and recollection. Executed on November 7, 2025.

/s/ Isis Benjamin
Isis Benjmain


I, A. Chinyere Ezie, certify that I have read the foregoing to Isis Benjmain

and he affirmed that the foregoing is true and correct on November 7, 2025. I

declare under penalty of perjury that the foregoing is true and correct.


Dated: November 7, 2025                    /s/ A. Chinyere Ezie

6