EXHIBIT

2

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE;<br><br>on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC,<br><br>Defendants. | Civ. Case No. 1:25-cv-04470-VMC<br><br>**CLASS ACTION** |

## DECLARATION OF NAEOMI KAIÓR MADISON

My name is Naeomi Kaiór Madison.[1] I am over the age of 18 and fully

---

[1] My legal name is Terrell Madison. My Georgia Department of Corrections number is 1002532655.

competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1.      I am a 25-year-old transgender woman in the custody of the Georgia Department of Corrections ("GDC").

2.      I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3.      I am a plaintiff and class representative of the "evaluation class"—those who are seeking an evaluation for hormone replacement therapy—that this Court certified in this case in early September 2025.

4.      On or about August 5, 2025, I was transferred from Central State Prison to Johnson State Prison. I was transferred from Johnson State Prison to Phillips State Prison on October 23, 2025.

5.      I put in a sick call to request an evaluation for hormone replacement therapy to treat my gender dysphoria in late September or early October 2025 while at Johnson State Prison.

6.      This request was in addition to an identical sick call request for a hormone replacement therapy evaluation I made on June 9, 2025, when I was at Central State Prison.

7.    My understanding of the sick call procedure is that after I have filled out my sick call form, I should receive back that same form with a written response from a GDC doctor or nurse.

8.    I never received or saw either the sick call request again, or a response after submitting the two sick call requests.

9.    After the District Court's order granting a preliminary injunction on September 4, 2025, my attorneys sent me a physical copy of the court order in the mail.

10.    After I received the Court's order in the mail, I showed the order to my GDC-assigned counselor at Johnson State Prison and asked about the status of my hormone replacement therapy evaluation request.

11.    My GDC-assigned counselor at Johnson State Prison did not believe me, despite me showing her the physical court order. She suggested I got the court order "off of Google" and refused to look up the case online at my request.

12.    I also tried to show the court order to the Court Liaison MacAfee at Johnson State Prison, who also refused to believe me, look up the case on the internet, or assist me in any way.

13.    When I mentioned the court order to Ms. Bridgette Cunningham, a

Captain at Johnson State Prison, she ignored me, did not believe me, and said

she was only hired to "babysit" us.

14.    I have not encountered any GDC staff who were aware of or

mentioned the preliminary injunction order.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2025.

/s/Naeomi Kaiór Madison

Naeomi Kaiór Madison


I, Celine S. Zhu, certify that I have read the foregoing to Naeomi Kaiór

Madison, and that she affirmed that the foregoing is true and correct on November

7, 2025. I declare under penalty of perjury that the foregoing is true and correct.

 Dated: November 5, 2025

/s/ Celine S. Zhu

Celine S. Zhu