# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE;<br><br>on behalf of themselves and all persons similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC,<br><br>   Defendants. | Civ. Case No. 1:25-cv-04470-VMC<br><br>**CLASS ACTION** |

## DECLARATION OF JOHN DOE

My name is John Doe.[1] I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

---

[1] My motion to proceed pseudonymously was granted by the Court on September 4, 2025 (Doc. 49).

1. I am a transgender man in the custody of the Georgia Department of Corrections ("GDC").

2. I have personal knowledge of the facts set forth herein, and could and would testify competently to these facts if called as a witness.

3. I was assigned female at birth, but I am a transgender man.

4. I am currently incarcerated at Lee Arrendale State Prison in Habersham County, Georgia.

5. I am a plaintiff and class representative of the "receiving class"—transgender persons who are or were receiving hormone replacement therapy (HRT) proscribed by SB185—that this Court certified in this case in early September 2025.

6. As affirmed in my previous Declaration of July 11, 2025, I was diagnosed with gender dysphoria in August 2019 by a GDC psychologist. An endocrinologist working for GDC determined that HRT was medically necessary treatment for my gender dysphoria and prescribed me testosterone, which I began receiving in June 2020.

7. This treatment is necessary to treat my gender dysphoria symptoms and protect my mental health.

8. After SB185 was passed, I was informed that I would no longer be able to access HRT, and the facility began tapering off my dosage. This harmed my mental health and caused me to start experiencing hot flashes, migraines, joint pain,

and anxiety. It increased my feelings of gender dysphoria and at times I wanted to die.

9. Since the Court issued a preliminary injunction barring enforcement of SB185 on September 4, 2025, I am receiving HRT again. I feel a lot better, physically and emotionally.

10. But while GDC has restored my HRT, it is not allowing other people to begin treatment, both at this facility and elsewhere.

11. At least three transgender people I know in the custody of GDC are currently attempting to start HRT, but have been told by prison officials at Arrendale and elsewhere that GDC is no longer offering HRT shots.

12. One individual incarcerated in this prison had already started the process of obtaining HRT and had scheduled an appointment with an endocrinologist, but after the passage of SB185 that appointment was canceled. He has now been transferred to another prison, McRae, where he is being told he cannot get HRT, notwithstanding the preliminary injunction in this case.

13. This tells me that not only are members of the HRT evaluation class not being notified about their rights under the injunction in this case, but that even some prison healthcare officials are not aware.

14. It will be impossible for gender dysphoria patients to get the treatment evaluations they need if misinformation from GDC means they don't even know that HRT is available.

15. Because of the court's preliminary injunction and class certification order in this case, GDC needs to allow transgender people who are members of the HRT evaluation class to go through the process of receiving gender dysphoria treatment evaluations and accessing appropriate medical care, including HRT.

16. GDC has shown that it will not educate class members or staff about the injunction or patients' rights of its own accord. For this reason, the Court needs to make sure that GDC provides appropriate notice about the availability of HRT treatment evaluations, especially for those class members who are trying to access such care for the first time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection. Executed on November 7, 2025.

/s/ John Doe
John Doe

I, A. Chinyere Ezie, certify that I have read the foregoing to John Doe and he affirmed that the foregoing is true and correct on November 7, 2025. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2025                                    /s/ A. Chinyere Ezie

5