# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 18, 2025

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number:  25-13060-GG
Case Style:  Isis Benjamin, et al v. Commissioner, Georgia Department of Corrections, et al.,
District Court Docket No:  1:25-cv-04470-VMC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel is advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider,
vacate, or modify an order must be filed within 21 days of the entry of such order. No additional
time shall be allowed for mailing."

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:        404-335-6122
Case Administration:    404-335-6135    Capital Cases:                    404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13060

_____

ISIS BENJAMIN,

FANTASIA HORTON,

NAEOMI MADISON,

BRYNN WILSON,

JOHN DOE,

    on behalf of themselves and all persons
    similarly situated,

                              *Plaintiffs-Appellees,*

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF
CORRECTIONS,

ASSISTANT COMMISSIONER,

STATEWIDE MEDICAL DIRECTOR,

    in their official capacities,

                              *Defendants-Appellants,*

CENTURION OF GEORGIA, LLC

                              *Defendant.*

2                          Order of the Court                    25-13060

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-04470-VMC

————————————

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

On December 5, 2025, the Court directed the parties to notify the Court of their positions regarding the effect of the district court's December 3 order and judgment on the pending motion for a stay pending appeal.

Upon consideration of the parties' responses to the Court's December 5 order, this appeal is hereby DISMISSED AS MOOT.

Appellants' motion to stay the district court's preliminary injunction pending appeal is accordingly DENIED AS MOOT.

Appellants' motion to hold this appeal in abeyance is also DENIED AS MOOT.