IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE; on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC,<br><br>    Defendants. | Case No. 1:25-cv-04470-VMC |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Centurion of Georgia, LLC ("Centurion") appeals to the United States Court of Appeals for the Eleventh Circuit from a part of the Partial Final Judgment (ECF No. 95) and Opinion, Order, and Permanent Injunction (ECF No. 94) entered by the district court on December 3, 2025.

1

Specifically, Centurion appeals only that part of the judgment holding that Centurion can be liable for an Eighth Amendment violation and subject to injunctive relief under 42 U.S.C. § 1983 and *Monell v. Dep't of Social Services,* 436 U.S. 658 (1978) for "implementing" S.B. 185 or following rules issued by the State Board of Corrections implementing S.B. 185. *See* Opinion, Order, and Permanent Injunction, ECF No. 94 at 23 & n.11. Pursuant to Federal Rule of Appellate Procedure 3(c)(6), Centurion states that the notice of appeal is limited to this holding, including all previous rulings, opinions, and orders related to this holding.

Respectfully submitted,

HUFF, POWELL & BAILEY, LLC

/s/ Michael Frankson
Michael G. Frankson
Georgia Bar No.: 173825
Alexander C. Vey
Georgia Bar No.: 307899
Daniel Ficarrotta
Georgia Bar No.: 863030

*Counsel for Defendant Centurion of Georgia, LLC*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: avey@huffpowellbailey.com
Email: dficarrotta@huffpowellbailey.com

<u>Of Counsel</u>
Michael J. Bentley
(Admitted *Pro Hac Vice*)
BRADLY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Email: mbentley@bradley.com

## CERTIFICATE OF COMPLIANCE

      Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

      HUFF, POWELL & BAILEY, LLC

      /s/ Michael Frankson
      Michael G. Frankson
      Georgia Bar No.: 173825
      Alexander C. Vey
      Georgia Bar No.: 307899
      Daniel Ficarrotta
      Georgia Bar No.: 863030

      *Counsel for Defendant Centurion of Georgia, LLC*

      HUFF, POWELL & BAILEY, LLC
      999 Peachtree Street, Suite 950
      Atlanta, Georgia 30309
      Telephone: (404) 892-4022
      Fax: (404) 892-4033
      Email: mfrankson@huffpowellbailey.com
      Email: avey@huffpowellbailey.com
      Email: dficarrotta@huffpowellbailey.com

## CERTIFICATE OF SERVICE

I certify that on December 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

Respectfully submitted,

HUFF, POWELL & BAILEY, LLC

/s/ Michael Frankson
Michael G. Frankson
Georgia Bar No.: 173825
Alexander C. Vey
Georgia Bar No.: 307899
Daniel Ficarrotta
Georgia Bar No.: 863030

*Counsel for Defendant Centurion of Georgia, LLC*

HUFF, POWELL & BAILEY, LLC
999 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
Email: mfrankson@huffpowellbailey.com
Email: avey@huffpowellbailey.com
Email: dficarrotta@huffpowellbailey.com