EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FANTASIA HORTON; NAEOMI MADISON; ISIS BENJAMIN; BRYNN WILSON; and JOHN DOE, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC, <br><br> Defendants. | Civ. Case No. 1:25-cv-04470-VMC |

**DECLARATION OF A. CHINYERE EZIE**

I, A. Chinyere Ezie, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Staff Attorney at the Center for Constitutional Rights ("CCR"). Along with my colleagues, I am counsel for Plaintiffs and Class Members in this action. I submit this declaration based on my personal knowledge and counsel's investigation of the matters stated herein.

2. Plaintiffs Doe, Horton, and Wilson are all members of the "Receiving Class." As members of the Receiving Class, Plaintiffs Doe, Horton, and Wilson are typically administered hormone therapy every two weeks by medical personnel contracted by the Georgia Department of Corrections ("GDC") and/or Defendant Centurion of Georgia, LLC ("Centurion").

/s/ A. Chinyere Ezie
A. Chinyere Ezie*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Phone: (212) 614-6467
Fax: (212) 614-6499
Email: cezie@ccrjustice.org

*Counsel for Plaintiffs and Class Members*

*Admitted to Practice Pro Hac Vice*