IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISIS BENJAMIN; FANTASIA HORTON; NAEOMI MADISON; BRYNN WILSON; and JOHN DOE; on behalf of themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR DR. MARLAH MARDIS, in her official capacity; and CENTURION OF GEORGIA, LLC,<br><br>    Defendants. | Civil Action No. 1:25-cv-04470-VMC |

**ORDER**

Before the Court is Plaintiffs' Motion for Order to Set Deadline for Class Notice (Doc. 113). The Court directed a method of class notice on December 3, 2025 but did not provide a timeline for providing notice. (Doc. 94). The Parties now agree that setting a deadline is appropriate but disagree as to a suitable date. (*See* Docs. 113–116). The Court has reviewed the Parties' briefs and finds that a deadline of April 1, 2026 balances Defendants' logistical concerns with the

Plaintiffs' interests in ensuring the class receives prompt notice of their rights under the Court's Partial Final Judgment. (Doc. 95). It is therefore

**ORDERED** that the Motion for Order to Set Deadline for Class Notice (Doc. 113) is **GRANTED IN PART** and Defendants are **DIRECTED** to complete dissemination of class notice to class members by April 1, 2026 and to file a certification upon completion.

**SO ORDERED** this 3rd day of March, 2026.

_____
Victoria Marie Calvert
United States District Judge